No. 4,610.—STATE EX REL. G. E. LA FOLLETTE, RELATOR, *v.* CHAS. T. STEWART, AS SECRETARY OF STATE, RESPONDENT.

Original application for writ of mandate to respondent, as Secretary of State of the State of Montana.

Decided April 13, 1920.

PER CURIAM.—Relator's application for writ of mandate herein is, after due consideration by the court, denied.

*Mr. C. A. Spaulding,* for Relator.

————

No. 4,587.—BUTTE ELECTRIC SUPPLY CO., RESPONDENT, *v.* ROYAL INDEMNITY CO., APPELLANT.

*Appeal from District Court, Silver Bow County; John V. Dwyer, Judge.*

Decided April 22, 1920.

PER CURIAM.—Pursuant to motion of appellant to dismiss the appeal herein, without prejudice, the appeal is dismissed.

*Messrs. O'Flynn & O'Flynn,* for Appellant.

*Mr. Henry C. Levinski,* for Respondent.